UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

cc: cnsl, USM, USP

DEPUTY dw

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 98- 15-P-H |
| | ) | (21 U.S.C. §§ 841(a)(1) and 846) |
| JON E. CARLSON, | ) | |
| MARK A. JOHNSON, | ) | |
| SOPHIA MARTINI, and | ) | |
| CHRISTOPHER M. PADMORE | ) | |

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By Deputy Clerk

**INDICTMENT**

The Grand Jury charges:

On or about April 10, 1998, in the District of Maine and elsewhere, Defendants

**JON E. CARLSON**
**MARK A. JOHNSON**
**SOPHIA MARTINI**
**CHRISTOPHER M. PADMORE**

willfully, knowingly, and intentionally combined, conspired, confederated and agreed with each other and others to commit offenses against the United States, that is, to unlawfully, knowingly, and intentionally possess with intent to distribute more than 50 grams of substances containing cocaine base, a Schedule II controlled substance listed in Title 21, United States Code, Section

(1)

812, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL,

Foreperson

Assistant United States Attorney

Dated: April 15, 1998